Case 1:06-cr-00071-LG-JMR   Document 18   Filed 12/12/06   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 1:06cr71LG-JMR

WILLIE JAMES BURNS, JR.
  a/k/a Boo Boo

### ORDER

This cause having come on for consideration by the Court on the motion <u>ore tenus</u> of the Government, and without objection by the defendant, to amend the Criminal Indictment filed in this cause on August 23, 2006, and the Court having been advised that said Indictment should be amended as to defendant WILLIE JAMES BURNS, JR. a/k/a Boo Boo in Count 2 in relation to the amount of drugs involved and should be changed from "5 grams or more" of cocaine base to "less than 5 grams" of cocaine base.

Therefore, this Court is of the opinion and so orders that Count 2 of the Criminal Indictment filed in this matter is amended to reflect "less than 5 grams."

SO ORDERED this the 12th day of December 2006.

_____
UNITED STATES DISTRICT JUDGE